**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

WES ALAN MANUEL, JR.                                                                  PLAINTIFF

v.                                          3:20-cv-00003-KGB-JJV

DOYLE RAMEY, *et al.*                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the magistrate judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Wes Alan Manuel, Jr. ("Plaintiff") was incarcerated in the Poinsett County Detention Center when he filed this action on January 6, 2020 alleging violations of his constitutional rights. (Doc. No. 1.)  On February 20, 2020, Plaintiff informed the Court he had been released from custody.  (Doc. No. 10.)  The next day, I directed Plaintiff to file a renewed Application to Proceed Without Prepayment of Fees and Affidavit because it was unclear whether Plaintiff was still entitled to *in forma pauperis* status after his release.  (Doc. No. 13.)  I cautioned Plaintiff that his failure to comply with my Order may result in the dismissal of his case without prejudice.  (*Id.*)

More than thirty days have now passed from the entry of my February 21, 2020 Order. Plaintiff has not complied with or otherwise responded to the Order.  Plaintiff was warned that such failure could result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint, as amended (Doc. No. 4) be DISMISSED without prejudice and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 23rd day of March 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE