IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WES ALAN MANUEL, JR.,**                                                                    **PLAINTIFF**

v.                     Case No. 3:20-cv-00003 KGB-JJV

**DOYLE RAMEY,** *et al.*                                                               **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations docketed March 23, 2020, by United States Magistrate Judge Joe J. Volpe (Dkt. No. 18). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Wes Alan Manuel, Jr.'s, claims (Dkt. No. 4). The Court denies as moot Judge Volpe's Proposed Findings and Recommendations docketed on January 23, 2020 (Dkt. No. 6).

It is so ordered this the 20th day of January, 2021.

                                                                      Kristine G. Baker
                                                                      United States District Judge