IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WES ALAN MANUEL, JR.,                                                                       PLAINTIFF

v.                          Case No. 3:20-cv-00003 KGB-JJV

DOYLE RAMEY, *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Wes Alan Manuel, Jr.'s, claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 20th day of January, 2021.

_____
Kristine G. Baker
United States District Judge